3:09cv12

WDNC 11/04

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
### in the United States District Court for the Western District of North Carolina

FILED
CHARLOTTE, NC

JAN - 9 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Robert Michael Long Jr.
_____

**(Enter above full name of plaintiff—only one plaintiff)
permitted per complaint)**

v.

Matt. Sullivan
C.E. Busic, et. Al.
Defendants
_____
_____
_____

**(Enter above full name of defendant or defendants)**

I.  **Previous law suits**

  A.  **Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( ) No ⬤**

  B.  **If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)**

  1.  **Parties to previous lawsuit:**
      **Plaintiffs:** _____ N/A _____

      **Defendants:** _____

  2.  **Court (if federal court, name the district; if state court, name the county):** _____ N/A _____

  3.  **Docket number:** _____ N/A _____
  4.  **Name of judge assigned to case:** _____ N/A _____
  5.  **Disposition (for example, was the case dismissed?  appealed?  is it still pending?)** _____ N/A _____

  6.  **Approximate date of filing lawsuit:** _____ N/A _____

II.  **Previous _in forma pauperis_ lawsuits**

  A.  **While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed _in forma pauperis_ (without prepayment of fees)?**
      **⬤ Yes    ( ) No**
  1.  **Name the court and docket number for each:** WDNC. Docket number unknown.

B. Were any of these cases dismissed under 28 U.S.C. § 1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted? Yes (☒) No ( )
   1. If yes, how many? ___(1)___
   2. Name the court and docket number for each: _Docket number unKnown,_ _CouRt WAS WDNC. ChaRlotte Division_

III. **Exhaustion of Inmate Administrative Remedies** N/A

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes ( ) No ( )
B. If your answer is Yes:
   1. When did you file your grievance? _____
   2. What was your grievance? _____
   3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No ( )
      If yes, when was the decision and what was the result? _____

C. If your answer to A is no, identify the claim(s) and explain why not: _____

**(*Please Attach Copies of All Filed Grievances)**

IV. **Parties**

A. **Plaintiff(s)**

Name of plaintiff: _RobeRt Michael Long Jr._
Current address (place of confinement): _P.O. Box 34429_ _ChaRlotte, N.CaRolina, 28202_
(You may lose important legal rights unless you immediately notify the court of any address change.)

B. **Defendant(s)** (NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)

Name of defendant 1: _Matt Sullivan_
Position: _Defendant,_
Place of employment: _UnKnown_
Current address: _4201 Denver Avenue_ _ChaRlotte, N.CaRolina, 28208_

Additional defendant(s) (provide name, position, place of employment, and current address for each)
Defendant 2: _C.E. Busic, CMPD # P1442_ _601 E. TRADE STREET_ _ChaRlotte, N.C. 28202_

Defendant 3: _N/A_

Case 3:09-cv-00012-GCM     Document 1     Filed 01/09/09     Page 2 of 4

Defendant 4: ____N/A_____

_____

_____

(Continue on a separate sheet if necessary.)

**V. Statement of Claim**

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section III.B. above is personally involved in depriving you of your rights. Include relevant times, dates, and places. **YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.** You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach extra sheets if necessary.)

On September 4, 2008, Plaintiff had been Attacked, and had a deep Lasceration to his Right Tricep. Plaintiff was Losing blood Rapidly and Ran to Defendant Sullivans house at 4201 Denver Avenue, Charlotte. Plaintiff knocked on front door, heard noise in the residence At the Rear and knock on the back door. Plaintiff walked onto the porch which had no screen door with the intent of recieving help from the occupants.
Defendant Sullivan, opened the door and demanded, with a brandished fire Arm in hand, that I leave his premises. I left and walk bleeding until I Recieved A Ride to the Walmart on Wilkinson Blvd. Bought A bandage And left walking up to Remount Rd, turned Right, then on until I reached W. Blvd.
I began walking across W. Blvd, and C. E Busic And another CMPD officer stopped me, citing suspicion As the reason. I was told after approximately 1 hour that I was being Charge with "Breaking & /or Entering.
I never broke into Mr. Sullivans, home, no evidence exist to prove I did such a crime, and I've been publicly humiliated in the Crime Magazine As having done so, slanderously Alleging I've committed A felony.
C.E. Busic and the Detective in this crime charging Plaintiff with Breaking & /or Entering (felony) was done, illegally when in fact the charge is A misdeamednor; Creating Cruel & unwanton infliction of

stress, pain, humiliation, and suffering when they (defendant's) filed a false police Report, cited me with Felony B & E, claiming intent to commit Larceny, when no such offense occurred. I sue each Defendant in both their official, and personal capacity. C.E. Busic, et. al defendants under the Banner of CMPD, under the Color of State law in which they acted, And any Joint ventures they may share with spouse, children, or businesses, stocks, properties, & ect.

## VI. Relief

**STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.**

I, Robert Michael Long Jr. the Plaintiff, in this matter, seek to have this charge dropped Against me, and since I lost all my possessions due to this inconceration, would seek A financial package be given to give me a chance to re~start my life so that I will not be homeless.

I want $5,000.00 from C.E. Busic, And $20,000.00 from Mr. Sullivan for starting this unlawful, facticious, & frivolous Arrest, that cause me to lose my car, apartment, clothing, furnishings, job. (One I was to start) And my Respectability. I also ask for any other Action the courts deem just, & Proper.

Signed this 8th day of January, 20 09.

Prison No. 117023

Signature Robert Michael Long Jr.