# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert Michael Long, Jr.,

    Plaintiff(s),

vs.

Matt Sullivan, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv12

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/21/09 Order.

Signed: January 21, 2009

_____
Frank G. Johns, Clerk
United States District Court